Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile:  (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| TERRY GAINES,<br><br>          Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation, and DOES 1 to 100, inclusive,<br><br>          Defendants. | **Case No. 2:21-cv-1146 KJM DB (PS)**<br><br>Hon. Kimberly J. Mueller<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Trial Date:          None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 8, 2022, pursuant to Local Rule 270(d), Defendant CVS Pharmacy, Inc. submitted its Confidential Settlement Conference Statement via e-mail to dborders@caed.uscourts.gov.

DATED: June 8, 2022          PAYNE & FEARS LLP

                              By:  ___/s/ Leilani E. Jones___
                                        LEILANI E. JONES

                              Attorneys for Defendant CVS PHARMACY, INC.

4863-9315-8436.1

NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

# **PROOF OF SERVICE**

**Terry Gaines v. CVS Pharmacy, Inc.**
**United States District Court Case No. 2:21-cv-01146-MCE-DB**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On June 8, 2022, I served true copies of the following document(s) described as **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** on the interested parties in this action as follows:

Terry Gaines                                          Pro Per
1563 Rosemarie Lane # 316                TERRY GAINES
Stockton, CA 95207

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2022, at Irvine, California.

/s/ Tiffani Engstrom
Tiffani T. Engstrom